UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | NO. 05-mj-0103-JG |
| CARLOS ARIAS | ) | |

**MOTION TO CONTINUE DETENTION HEARING**

Now comes the defendant, Carlos Arias and requests this Honorable Court continue the detention hearing on this matter to February 22nd and 23rd. In support thereof, counsel for Mr. Arias is not available on the currently scheduled date of February 18, 2005.

All defense counsel and prosecutor are available on February 22nd and 23rd. The clerk has noted that February 22nd and 23rd is available on the Court's schedule.

Carlos Arias
By His Attorneys

CARNEY & BASSIL

/s/Janice Bassil

Janice Bassil
B.B.O. # 033100
CARNEY & BASSIL
20 Park Plaza, Ste. 1405
(617) 338-5566
jbassil@CarneyBassil.com

Date:  February 11, 2005