AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

CARLOS JOSE ARIAS, and
ADONIS RODRIGUEZ

## WARRANT FOR ARREST

CASE NUMBER: 05m-1013-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CARLOS JOSE ARIAS**
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly, and intentionally conspiring to distribute, and possessing with intent to distribute, cocaine, a Schedule II controlled substance, and distributing cocaine, a Schedule II controlled substance

in violation of Title **21** United States Code, Section(s) **841(a)(1) and 846**

JUDITH GAIL DEIN
Name of Issuing Officer

*[signature]* Judith Gail Dein
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

02-04-2005   Boston, MA
Date and Location

Bail fixed at $ _____  by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF
DEFENDANT ON 2/8/05

DATE RECEIVED

NAME AND TITLE OF ARRESTING OFFICER / SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.